# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY POWELL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FCA US, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: 2:16-cv-02781-DAD-JLT<br><br>[~~PROPOSED~~] **ORDER RE: JOINT REQUEST THAT PARTIES BE ALLOWED TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE** |

The stipulation to allow Mr. Powell and the corporate representative for the defendant to be available by telephone at the settlement conference is **GRANTED** provided that counsel has fully discussed the risks associated with trial and has been ceded authority to resolve the matter reasonably.

IT IS SO ORDERED.

Dated: **December 20, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE