UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY POWELL,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:16-cv-02781-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE TRIAL<br><br>(Doc. No. 92) |

On February 20, 2019, the parties stipulated to continue the currently scheduled trial date from February 26, 2019 to September 24, 2019. (Doc. No. 92.) The stipulation notes that plaintiff's counsel is presently engaged with another trial and is therefore unable to proceed with the currently scheduled trial date. (*Id.* at 2.) The stipulation further notes that defense counsel is not available to proceed to trial in this case until September 2019. (*Id.*) Having reviewed the parties' stipulation, the court finds good cause to continue the trial in this matter. Accordingly, and pursuant to the parties' stipulation:

1. The currently scheduled jury trial date of February 26, 2019 is hereby vacated; and
2. The jury trial date is continued to September 24, 2019.

IT IS SO ORDERED.

Dated: **February 20, 2019**

UNITED STATES DISTRICT JUDGE

1