UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON POWELL,<br><br>            Plaintiff,<br>v.<br><br>FCA US LLC,<br><br>            Defendant. | CASE NO **2:16-cv-02781-DAD-JLT**<br><br>**[PROPOSED] ORDER GRANTING IN PART DEADLINE FOR FILING THE STIPULATED DISMISSAL**<br>(Doc. 117) |

Because the Court has not yet ruled on the motion for fees and costs (Docs. 110, 111), the request to extend the deadline is GRANTED in PART. The parties SHALL file the stipulated dismissal **no later than 21 days** after the Court's ruling on the outstanding motion.

IT IS SO ORDERED.

Dated:   **July 6, 2020**                              /s/ Jennifer L. Thurston
                                                                                UNITED STATES MAGISTRATE JUDGE