UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON POWELL,<br><br>           Plaintiff,<br>v.<br><br>FCA US LLC,<br><br>           Defendant. | CASE NO 2:16-cv-02781-DAD-JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 120) |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 120) The plaintiff requests the Court retain jurisdiction to enforce the settlement. The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Cout retains jurisdiction to enforce the settlement and the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **September 1, 2020**              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE